# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARIA SUAREZ-TORRES, et al.,**<br><br>　　**Plaintiffs,**<br><br>　　v.<br><br>**SANDIA, LLC.,**<br><br>　　**Defendant.** | **CIVIL NO. 16-1882 (PAD)** |

## JUDGMENT

In accordance with the Orders issued at Docket Nos. 37 and 74, judgment is hereby entered dismissing plaintiffs' claims with prejudice, without imposition of costs or attorney's fees.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of February, 2018.

　　　　　　　　　　　　　　　　　　　　s/Pedro A. Delgado-Hernández
　　　　　　　　　　　　　　　　　　　　PEDRO A. DELGADO-HERNÁNDEZ
　　　　　　　　　　　　　　　　　　　　United States District Judge